371 A.2d 853
Commonwealth v. Felder, Appellant.

Submitted June 14, 1976. Austin J. McGreal, for appellant; Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.